| | |
|---|---|
| 1 | JODI LINKER |
| | Federal Public Defender |
| 2 | Northern District of California |
| | JOYCE LEAVITT |
| 3 | Assistant Federal Public Defender |
| | 13th Floor Federal Building - Suite 1350N |
| 4 | 1301 Clay Street |
| | Oakland, CA 94612 |
| 5 | Telephone:   (510) 637-3500 |
| | Cellular telephone:   (415) 517-4879 |
| 6 | Email:         Joyce_Leavitt@fd.org |

Counsel for Defendant DEW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 22–211  JST (DMR) |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS RE: CONDITIONS OF RELEASE TO FEBRUARY 10, 2023 |
| v. | |
| JONATHAN DEW, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action that status appearance for defendant Jonathan Dew, scheduled for February 1, 2023, at 10:30 a.m. before Magistrate Judge Donna M. Ryu, be continued to February 10, 2023, at 10:30 a.m. before Judge Ryu for status regarding conditions of release. The status on February 1, 2023, was set after Mr. Dew appeared on December 20, 2022, and admitted that he violated his conditions of release by consuming alcohol. At that time, the Court imposed modifications to Mr. Dew's conditions of release to provide accountability as well as assistance to him in addressing his relapse and continued the matter to February 1, 2023 for further status. The parties are in the process of continuing Mr. Dew's district

STIP & ORDER RE: CONTINUE STATUS TO 2/10/23
*DEW*, CR 22–211 JST (DMR)

1

court appearance before Honorable Judge Jon S. Tigar to February 10, 2023, at 9:30 a.m. following the modifications to his supervision and the parties are requesting that the court appearance before this Court be moved to the same date. A continuance to February 10, 2023, will allow Mr. Dew additional time to demonstrate that he is on track and taking additional steps to maintain his sobriety while the parties continue to discuss a resolution in this case.

      Mr. Dew's pretrial services officer Sheri Broussard has been notified of the proposed continuance from February 1, 2023, to February 10, 2023. Counsel has not yet heard whether Officer Broussard is available on February 10, 2023.

IT IS SO STIPULATED.

Dated: January 9, 2023

JODI LINKER
Federal Public Defender
Northern District of California

/S/
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: January 9, 2023

STEPHANIE HINDS
United States Attorney
Northern District of California

/S/
EVAN MATEER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN DEW,<br><br>Defendant. | Case No.: CR 22–211 JST (DMR)<br><br>**ORDER TO CONTINUE STATUS RE: CONDITIONS OF RELEASE TO FEBRUARY 10, 2023** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status appearance for defendant Jonathan Dew, scheduled for February 1, 2023, at 10:30 a.m. before Magistrate Judge Donna M. Ryu, be continued to February 10, 2023, at 10:30 a.m. before Judge Ryu for status regarding Mr. Dew's conditions of release and progress since his relapse.

.

**IT IS SO ORDERED.**

Dated: January 9, 2023

HON. DONNA M. RYU
United States Magistrate Judge

ORDER RE: CONTINUE STATUS TO 2/10/23
*DEW*, CR 22–211 JST (DMR)