ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

EVAN M. MATEER (CABN 326848)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Evan.mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN RICHARD DEW, <br><br> Defendant. | NO. 4:22-CR-00211-JST <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment against Jonathan Richard Dew.

DATED:    June 13, 2024                                    Respectfully submitted,

                                                                         ISMAIL J. RAMSEY
                                                                         United States Attorney


                                                                          /s/
                                                                         MARTHA BOERSCH
                                                                         Chief, Criminal Division

1   Leave is granted to the government to dismiss the Indictment against Jonathan Richard Dew.

2

3

4   Date:   June 14, 2024

                                        HON. JON S. TIGAR
5                                           United States District Judge